**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Randall Bell, | ) | No. CV 05-2070-PHX-JAT |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| Joseph Arpaio, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pending before the Court is the Report and Recommendation from the Magistrate Judge (R&R) recommending that this case be dismissed for failure to comply with court orders.

Neither party has filed objections to the R&R. Accordingly, the Court hereby accepts the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

Therefore,

**IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. #7) is **ACCEPTED**; and

1    **IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT**

2  **PREJUDICE** for failure to comply with orders of the court (*See* Fed.R.Civ.Pro. 41(b)) and

3  the Clerk of the Court shall enter judgment accordingly.

4    DATED this 10th day of May, 2006.

5

6

7  _____

James A. Teilborg

8  United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -